**DISMISS and Opinion Filed May 10, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-16-00735-CV**

**STACIE WELLS, Appellant**
**V.**
**PRESTON PARKER CROSSING, LTD., Appellee**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-16107**

## MEMORANDUM OPINION

Before Justices Myers, Partida-Kipness, and Garcia
Opinion by Justice Partida-Kipness

We reinstate this appeal. This case was abated on September 27, 2016 due to bankruptcy. *See* TEX. R. APP. P. 8.2. The Court conducted an independent review of the federal Public Access to Court Electronic Records (PACER) system which shows the bankruptcy case associated with this appeal was dismissed on May 10, 2017, effectively dissolving the automatic stay.

We notified the parties by letter, requesting they inform the Court of the status of the bankruptcy and of this appeal. We cautioned that the failure to respond would result in the appeal being dismissed for want of prosecution. *See* TEX. R. APP. P. 42.3(b),(c). To date, neither party has responded.

Because we gave the parties an opportunity to show why we should not dismiss the appeal for want of prosecution and no one responded, we dismiss this appeal. *See* TEX. R. APP. P. 42.3(b),(c).

/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
JUSTICE

160735F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

STACIE WELLS, Appellant

No. 05-16-00735-CV     V.

PRESTON PARKER CROSSING, LTD., Appellee

On Appeal from the 116th Judicial District Court, Dallas County, Texas Trial Court Cause No. DC-11-16107. Opinion delivered by Justice Partida-Kipness. Justices Myers and Garcia participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered May 10, 2021.